UTICA,
Aug. 1828.

Hull
v.
Turner

After verdict,
a declaration
may be amend-
ed on terms to
conform to
proof.

## HULL and OTHERS vs. TURNER.

MOTION to amend declaration after verdict. The plaintiffs declared for a breach of warranty relative to the power of a bellows, used in a forge for the manufacture of iron, which the defendant had constructed for the plaintiffs, and which it was averred he had warranted to be of sufficient blast to blow three fires. At the trial, the proof was, that the defendant had warranted the bellows to be of sufficient blast to blow three fires *for the term of one year.* The defendant moved for a nonsuit on the ground of the variance, which the circuit judge refused to grant, suggesting that the plaintiffs might apply to this court for amendment, and directed the trial to proceed. A verdict was rendered for the plaintiffs for $150. The defendant made a case preparatory *to a motion to set aside the verdict,* and the plaintiffs now applied to amend the declaration so as to make it conform to the proof, and for an order that the case be also made to conform to such amendment.

*Lynde*, for plaintiffs.

*Averill*, for defendant.

*The Court* ordered the amendment of the declaration, on the plaintiffs' consenting to a rule setting aside the verdict, and paying the defendant's costs of the circuit and of resisting this motion. This order was made to avoid the expense of a new suit.